COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     David Berry v. Faith Temple Ministry Int

Appellate case number:   01-19-00290-CV

Trial court case number:  1128507

Trial court:             County Civil Court at Law No. 3 of Harris County

  In the trial court, appellant filed a document purporting to be a statement of inability to afford costs on appeal, but the form was not the one required by the rules. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1(a). When he filed his notice of appeal, appellant filed another document purporting to be a statement of inability, but he did not file the form required by the rules. The filing of the authorized statement of inability in this court will only assist appellant in avoiding filing fees. To avoid costs of the record on appeal, the statement of inability must be filed in the trial court. *See* TEX. R. CIV. P. 145(a).

  Accordingly, a copy of the correct form is attached. Appellant must fill out this form completely and file it in the trial court. *See* TEX. R. CIV. P. 145(a). Appellant is directed to advise this Court **within 10 days of this order** of the date he filed this form in the trial court.

  It is so ORDERED.


Judge's signature:  ___/s/ Justice Peter Kelly_____

   ☑ Acting individually  ☐ Acting for the Court


Date:  __April 30, 2019___